UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Jack Harrington, *Plaintiff*, | \* \* \* |
| v. | \* Case No.: 1:25-cv-407-JL-AJ \* |
| Jennifer Crawford, et al., *Defendants*. | \* \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S ASSENTED-TO MOTION TO APPEAR REMOTELY AT THE MID-LITIGATION DISCOVERY STATUS CONFERENCE

NOW COMES, the Plaintiff, Jack Harrington, by and through counsel, and submits his Assented-to Motion to Appear Remotely at the Mid-Litigation Discovery Status Conference, and in support thereof states as follows:

1. The Mid-Litigation Discovery Status Conference is scheduled for May 15, 2026, at 10:00 AM. *See* Order After Preliminary Pretrial Conference, p. 1 (Jan 23, 2026).

2. Edward Andrew Paltzik, Esq., lead counsel for Plaintiff, pro hac vice, is based in Houston, Texas, and Attorney Paltzik works outside the State of New Hampshire. Plaintiff respectfully submits that in-person appearance by Attorney Paltzik would be an avoidable expense and logistical hardship given the nature of the Court event in balance with the technology available to the Court.

3. Further, Undersigned is unaware of any pending disputes between the Parties regarding discovery.

4. Plaintiff, therefore, respectfully requests that Attorney Paltzik be permitted to appear remotely via Webex/Zoom or telephonic conference for the Mid-Litigation Discovery Status Conference on May 15, 2026.

1

5.      Local counsel, Lehmann Major List, PLLC, will appear in person, except in the event the Court should subsequently decide to hold the proceeding wholly in remote format.

6.      Counsel for the Defendants, Chritine Friedman, Esq., assents to the relief requested herein.

WHEREFORE, the Plaintiff, by and through counsel, respectfully prays this Honorable Court:

A)      Permit Edward Andrew Paltzik, Esq. to appear remotely at the Mid-Litigation Discovery Status Conference; and

B)      Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Jack Harrington,
Plaintiff,
By his Attorneys,

Date:  May 11, 2026            By:   /s/Matthew St. Hilaire
                                     Matthew R. St. Hilaire, Esq.
                                     NH Bar No. 278826
                                     Richard J. Lehmann, Esq.
                                     NH Bar No. 9339
                                     Lehmann Major List, PLLC
                                     6 Garvins Falls Road
                                     Concord, NH  03301
                                     603-715-2516
                                     matt@nhlawyer.com
                                     rick@nhlawyer.com

                                     Edward Andrew Paltzik, Esq.
                                     Taylor Dykema, PLLC
                                     925 E. 25th Street
                                     Houston, TX  77009
                                     516-526-0341
                                     edward@taylordykema.com
                                     *(pro hac vice)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was forwarded to all counsel of record via the Court's Electronic Filing System at the time of filing.

/s/Matthew St. Hilaire
Matthew R. St. Hilaire, Esq.