UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Jack Harrington, | \* |
| *Plaintiff,* | \* |
| | \* |
| v. | \*     Case No.: 1:25-cv-407-JL-AJ |
| | \* |
| Jennifer Crawford, et al., | \* |
| *Defendants.* | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MEDIATION STATEMENT
### *AND REQUEST FOR MEDIATION BY MAGISTRATE*

NOW COME the Parties, jointly, by and through their attorneys, and submit the following statement:

1. The Discovery Plan approved by the Court in this case, dated January 9, 2026, requires a joint statement regarding mediation to be submitted by June 1, 2026. The Parties submit this Statement early, in order to request that mediation be conducted by the Magistrate Judge.

2. The Parties have exchanged paper discovery, have collectively deposed seven witnesses, and are slated to complete discovery by the June 1, 2026, deadline.

3. The Parties believe that there is a significant opportunity to settle the case before incurring further litigation costs, if Magistrate Johnstone conducts mediation between the Parties.

4. The Parties, therefore, jointly and respectfully request that Magistrate Judge Johnstone conduct mediation in this case, at the Court's earliest convenience.

Respectfully submitted,

Date: May 18, 2026

By: /s/Matthew St. Hilaire
Matthew R. St. Hilaire, Esq.
NH Bar No. 278826
Richard J. Lehmann, Esq.
NH Bar No. 9339

1

LEHMANN MAJOR LIST, PLLC
6 Garvins Falls Road
Concord, NH  03301
603-715-2516
matt@nhlawyer.com
rick@nhlawyer.com

Edward Andrew Paltzik, Esq.
TAYLOR DYKEMA, PLLC
925 E. 25th Street
Houston, TX  77009
516-526-0341
edward@taylordykema.com
*(admitted pro hac vice)*

*ATTORNEYS FOR PLAINTIFF*

*&*

Date:  May 18, 2026                    By:  /s/Christine Friedman
                                            Christine Friedman, Esq.
                                            NH Bar No. 8780
                                            David Betancourt, Esq.
                                            NH Bar No. 15299
                                            FRIEDMAN FEENEY GETMAN, PLLC
                                            95 N. State Street, Suite 5
                                            Concord, NH  03301
                                            603-736-7683
                                            chris@friedmanfeeney.com
                                            dbetancourt@friedmanfeeney.com

                                            *ATTORNEYS FOR DEFENDANTS*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was forwarded to all counsel of record via the Court's Electronic Filing System at the time of filing.

                                            /s/Matthew St. Hilaire
                                            Matthew R. St. Hilaire, Esq.

2