# EXHIBIT H

**EXHIBIT**

1 McGINN 5-11-26 RLM

# Hillsboro-Deering High School

Community                    Personalization          Progress          Purpose

**James O'Rourke,**
**Principal**
jorourke@hdsd.org

**Brian McGinn,**
**Assistant Principal**
bmcginn@hdsd.org

**Melissa Muzzy,**
**Special Education**
**Coordinator**
mmuzzy@hdsd.org

**Tim Carson**
**Alternative Program**
**Director**
timcarson@hdsd.org

**Michael Boucher,**
**School Counselor A- K**
mboucher@hdsd.org

**Alicia Langille,**
**School Counselor L-Z**
alangille@hdsd.org

**Katelyn Cashorali,**
**School to Career**
**Counselor**
kcashorali@hdsd.org

**Jay Wood,**
**Athletic Director**
jwood@hdsd.org

**HeatherAnn LaBier,**
**School and District Nurse**
hlabier@hdsd.org

April 24, 2025

Report of Incident: Regarding the search of student vehicle.

Student: Jack Harrington - 18yrs 5mos, Male, 12th grade

On Thursday, April 24, 2025 at approximately 8:30 a.m. Jay Wood, Athletic Director for Hillsboro-Deering High School reported to Mr. McGinn that on the baseball/softball bus back from Conant other students and coaches overheard Jack Harrington talking about getting pulled over by the Hillsboro Police.. It was reported that Jack made the statement "It's a good thing they didn't look in my glove box, because that's where I keep my gun."

Mr. McGinn called Mr. O'Rourke to the office to discuss what was reported to him by Mr. Wood. Mr. McGinn and Mr. O'Rourke called Dr. Jennifer Crawford, Superintendent of Schools to discuss with her the situation and provide next steps. Seeing this situation had to do with a potential firearm, Mr. McGinn called SRO Michael DeTurris to be close by while Mr. O'Rourke and Mr. McGinn spoke with Jack and conducted the search.

Mr. McGinn discreetly pulled Jack Harrington from his English class to inform him of what was reported and that we needed to search his glovebox to make sure he was not carrying a firearm on school grounds. Jack called his parents to let them know why he was in Mr. McGinn's office and was heard asking his parents if he should refuse the search. Jack hung up the phone and said I am not going to let you guys search my truck. Jack was very loud in the office using profanity stating this was stupid. Jack stated that he did in fact carry a gun in the glove box of his truck when he was not in school. He then asked why we have the right to call him down and search his truck. We tried to explain that we have reasonable suspicion to search his vehicle based on the statement he made on the athletic bus returning from a game. We tried to explain to Jack how we received the information and that it was reasonable for us to search his glove box. Jack continued to be very upset not allowing administration to answer the questions he (Jack) was asking.

Jack continued to be argumentative and not let the administration answer his questions. Jack then stated, "so all you have to do is look in my glove box and see that I do not have a gun in my truck". Mr. McGinn, yes. Jack then stated he would let Mr. McGinn look in his glove box but no one else. Mr. O'Rourke agreed but informed Jack that Mr. O'Rourke and SRO DeTurris needed to be close by. At approximately 9:15am Jack granted Mr. McGinn permission to search the glove box of the vehicle. No weapon was found during the search. The student's parent arrived shortly after the search and was told that there was no weapon in Jack's vehicle.

The parent made the statement as they were pulling away that they did not believe we had the right to search his son's truck and that he would be calling his attorney. If he finds that we did not have the right to search, he would be suing the school.

Jack's mother called Mr. O'Rourke about an hour later to ask some clarifying questions around where the information came from in the first place. She asked if Mr. McGinn and I were asked by the police to conduct the search and Mr. O'Rourke responded no and explained that information was reported to us by Mr. Wood from other high school coaches that were on the bus. Mrs. Harrington responded, "okay that makes sense".

Mr. McGinn only searched the glove box of Jack's vehicle. The administration did not search Jack's backpack, locker or person as the scope of the search was only the students glove box.

This report was completed by Jim O'Rourke and Brian McGinn.

Jim O'Rourke
Principal

Brian McGinn
Assistant Principal

**12 Hillcat Drive | Hillsboro, NH | 03244**

|  | **Main Office** | **Attendance** | **Athletics** | **Health** | **Counseling** |
|---|---|---|---|---|---|
| Phone | 603-464-1130 | 603-464-1132 | 603-464-1234 | 603-464-1290 | 603-464-1184 |
| Fax | 603-218-6564 |  |  | 603-218-6485 | 603-218-6604 |

HDHS 000001