UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Jack Harrington,<br>Plaintiff | |
| | C.A. #1:25-cv-407 |
| v. | |
| Jennifer Crawford, as Superintendent of Hillsboro-Deering Cooperative School District and School Administrative Unit #34, et. al.<br>Defendants | |

**PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**(Applicable to Defendants McGinn & DeTurris)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff [Jack Harrington] and Defendants [Brian McGinn, as Vice Principal of Hillsboro-Deering High School, and Michael DeTurris, as School Resource Officer of Hillsboro Police Department] by and through their respective undersigned counsel, hereby stipulate and agree that this action against these two Defendants, including all claims and counterclaims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Respectfully Submitted,
Jack Harrington
By his Attorneys,
Lehman Major List, PLLC

/s/ Richard Lehmann — Dated: September 16, 2026

Richard J. Lehmann
Matthew St. Hilaire
Lehman Major List, PLLC
6 Garvins Falls Road
Concord NH 03301
(603) 715-2516
rick@nhlawyer.com
matt@nhlawyer.com

/s/ Edward Palzik
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
516.526.0341
Edward@taylordykema.com

Respectfully Submitted,
Hillsboro-Deering School District, et. al.
By their Attorneys,
Friedman Feeney Getman, PLLC

/s/ Christine Friedman
Christine Friedman, NH Bar No. 8780
Friedman Feeney, PLLC
95 N. State Street, Suite 5
Concord, NH 03301
chris@friedmanfeeney.com
603-736-7683

Dated: September 16, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this filing was served on all parties and counsel of record electronically through ECF.

/S/ Christine Friedman
Christine friedman

Date: September 16, 2026