**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

----------------------------------------------------X
JACK HARRINGTON, Case No. 1:25-cv-407

Plaintiff,

-against-

JENNIFER CRAWFORD, as Superintendent of HILLSBORO-DEERING COOPERATIVE SCHOOL DISTRICT AND SCHOOL ADMINISTRATIVE UNIT #34 and JAMES O'ROURKE, as Principal of HILLSBORO-DEERING HIGH SCHOOL,

Defendants.
----------------------------------------------------X

**STIPULATED DECLARATORY JUDGMENT**

**WHEREAS**, Plaintiff Jack Harrington ("Harrington") commenced this action by Complaint filed on October 15, 2025 (Dkt. 1);

**WHEREAS**, Harrington's Complaint contains one count for violation of Harrington's Fourth Amendment rights, based on an unconstitutional search of Harrington's pickup truck and the glove box of Harrington's pickup truck, conducted by and at the behest of Defendant Jennifer Crawford, as Superintendent of Hillsboro-Deering Cooperative School District and School Administrative Unit #34 ("Crawford") and Defendant James O'Rourke, as Principal of Hillsboro-Deering High School, in the parking lot of Hillsboro-Deering High School on April 24, 2025 (the "Search");

**WHEREAS**, the Parties have entered into a separate settlement agreement;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between (1) Harrington, on the one hand, and (2) Crawford and O'Rourke, on the other hand:

1. The Search of Harrington's pickup truck and the glove box of Harrington's pickup truck that occurred on April 24, 2025, in the parking lot of Hillsboro-Deering High School, was unconstitutional, to wit: the Search violated Harrington's fundamental right to be free from unreasonable searches and seizures, as guaranteed under the Fourth Amendment to the U.S. Constitution (U.S. CONST. amend. IV);
2. The Search of Harrington's pickup truck and the glove box of Harrington's pickup truck that occurred on April 24, 2025, in the parking lot of Hillsboro-Deering High School, did not meet the standard of "reasonable suspicion" for school searches as required by the Supreme Court of the United States (*New Jersey v. TLO*, 469 U.S. 325 (1985));
3. Harrington did not engage in any illegal or unlawful conduct on April 24, 2025 or at any other time that justified the Search;
4. A search of a student's person, property, or vehicle based solely on the exercise of a constitutional or legal right, including the fundamental right to keep and bears arms guaranteed under the Second Amendment to the U.S. Constitution (U.S. CONST. amend. II), which encompasses and includes the right to carry, store, or transport a handgun a vehicle or in the glove box of a vehicle, would constitute an unconstitutional and illegal search in violation of the Fourth Amendment to the U.S. Constitution;
5. Defendants Crawford and O'Rourke at all times relevant to the Search acted upon the good faith belief that their actions complied with the law and acted out of concern for the safety of all students and staff at Hillsboro-Deering High School;
6. This Stipulated Declaratory Judgment shall not bind Defendants Crawford and O'Rourke, or the Hillsboro-Deering Cooperative School District (School Administrative Unit #34) with respect to different students, under different facts and circumstances;

7. This action is hereby dismissed with prejudice;

**SO STIPULATED AND AGREED:**

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
516-526-0341
edward@taylordykema.com
Attorney for Plaintiff

Edward Paltzik
_______________________
Date: September 16, 2026

Christine Friedman
Friedman Feeney Getman PLLC
95 N. State Street, Suite 5
Concord, NH 03301
603-783-5061
chris@friedmanfeeney.com
Attorneys for Defendants

/s/ Christine Friedman
_______________________
Date: September 16, 2026

**SO ORDERED**,
ON THIS _____ DAY OF SEPTEMBER, 2026

_______________________________
Hon. Joseph Normand Laplante
United States District Judge
United States District Court for the District of New Hampshire