UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jack Harrington

v. Case No. 25-cv-407-JL-AJ

Jennifer Crawford, et al.

# JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Stipulation of Dismissal filed by the parties on September 17, 2026, as to Defendants Brian McGinn & Michael DeTrurris, and
2. Endorsed Order by District Judge Joseph N. Laplante approving the Stipulated Declaratory Judgment dated September 22, 2026.

By the Court:

/s/ Karen Gorham
Karen Gorham
Chief Deputy Clerk

Date: September 23, 2026

cc: Counsel of Record